IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   NO. 4:08CR00199 JLH | |
| ZERONICAL RICE | DEFENDANT |
| | |
| CHICAGO TITLE INSURANCE COMPANY | PLAINTIFF |
| v.   NO. 4:07CV00554 JLH | |
| ARKANSAS RIVERVIEW DEVELOPMENT, LLC | DEFENDANT |

**ORDER**

The trials in the above referenced cases have previously been scheduled for the week of February 22, 2010, in Little Rock, Arkansas. The Court intends to try both cases within this week. The *Chicago Title Insurance Company v. Arkansas Riverview Development, LLC* jury will be selected first. Once the jury has been empaneled, the jurors and the parties will be excused and directed when to report back for the commencement of the trial.

The jury for the criminal case, *United States of America v. Zeronical Rice,* will then be selected from the remaining jurors left in the jury pool. After the jury has been empaneled and sworn, opening statements will be presented and the government may begin with its proof.

Counsel for all parties are to be in Courtroom #4-D in Little Rock, Arkansas, by 8:30 a.m. on Monday, February 22, 2010.

IT IS SO ORDERED this 12th day of February, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE