# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                       PLAINTIFF

v.                            NO. 4:08CR00199 JLH

ZERONICAL RICE                                                             DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the motion of Zeronical Rice to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is denied. Rice has failed to make a substantial showing that he was denied a constitutional right. Therefore, a certificate of appealability is denied. 28 U.S.C. § 2253(c)(3).

IT IS SO ORDERED this 30th day of March, 2012.

                                                                       *J. Leon Holmes*
                                                           J. LEON HOLMES
                                                           UNITED STATES DISTRICT JUDGE