PROB 12B
ED/AR (12/2012)

# United States District Court

for the

Eastern District of Arkansas


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 19 2016
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Zeronical Rice                           Case Number: 0860 4:08CR00199-001

Name of Sentencing Judicial Officer:    Honorable J. Leon Holmes
                                        United States District Judge

Original Offense:    Possession of a Firearm by Convicted Person

Date of Sentence:    July 1, 2010

Original Sentence:   92 months Bureau of Prisons followed by 36 months supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: January 21, 2016
                                               Date Supervision Expires: January 20, 2019

U. S. Probation                    Asst. U.S.                          Defense
Officer:  Tabitha L. Mitchell      Attorney:   John Ray White          Attorney:   Chris Tarver

---

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒   To modify the conditions of supervision as follows:

The defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

## CAUSE

Prior to the commencement of supervised release, Mr. Rice resided at the City of Faith, a residential re-entry center (RRC), to complete the remainder of his Bureau of Prisons' sentence. On September 25, 2015, he submitted a urine sample which was confirmed positive for cocaine by Alere Laboratories. As a result, he was discharged from the City of Faith.

On February 4, 2016, Mr. Rice agreed to modify his conditions of supervised release. Assistant Federal Public Defender Chris Tarver was contacted and reviewed the waiver of hearing with Mr. Rice

Prob 12B - 2 - Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender: Zeronical Rice  Case Number: 0860 4:08CR00199-001

_Tabitha A. Mitchell_
Tabitha L. Mitchell
U.S. Probation Officer

_John Ray White_
John Ray White
Assistant U.S. Attorney

Date: February 10, 2016

Date: 02/16/16

Approved by:

_signature_
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_signature_
Signature of Judicial Officer

_February 19, 2016_
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Chris Tarver
   Assistant U.S. Attorney, John Ray White

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.**

Witness _____
(U.S. Probation Officer)

x _Feb 1 16_
(Date)

Signed x _____
(Probationer or Supervised Releasee)

Chris Jarre
2-4-16