**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA							PLAINTIFF

v.					NO. 4:08CR00199-01 JLH

ZERONICAL RICE								DEFENDANT

**ORDER**

Pending before the Court is the government's motion for revocation of defendant Zeronical Rice's supervised release. Document #94. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled for **TUESDAY, SEPTEMBER 13, 2016, at 1:30 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **ZERONICAL RICE** and deliver to the United States Marshal for service.

CJA Panel Attorney Richard Hughes is hereby appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 30th day of August, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE